IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | No. 21-03139-01-CR-S-SRB |
| FRANKLIN D. HUGGINS, | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count Two and admitted to the Forfeiture Allegation of the Indictment filed on November 16, 2021, is now Accepted and the Defendant is Adjudged Guilty of such offense. Sentencing will be set by subsequent Order of the Court.

                                                                                                     */s/ Stephen R. Bough*
                                                                                                         STEPHEN R. BOUGH
                                                                        UNITED STATES DISTRICT JUDGE

Date: October 4, 2022